## MEMO ENDORSED

11 CR 630

I Michael Andrews is requesting "Immediate Release To" "Home Confinement with Which The Court Construes as a request for Compassionate Release Under the First Step Act of 2018, 18 U.S.C. 3582 (c) (1) (A) in Light of The COVID-19 Pandemic. My Reasons for my Request is that, I am at FCI Fort Dix and, I fear that if I am am To Catch Covid-19 here it may NOT be good for me at all, Seeing That There are a lot of people here That has The Covid-19. I have Very bad astma. I have Two Astma Pumps That I use. Last year around This Time I had got So Sick I had a Slight Astma attack Which They had To give a breathing Treat Ment for 3 days and They put me on more meds for my Lungs. Fort Dix has 300 plus people with Covid-19. If I am To get "Immediate Release" I plan on Staying Safe and Staying out of Trouble. I will get a Job if I Can and Take Care of My family. I have 70% of My Time Served. I Lost my father To Cancer and Now my mother has Stage 2 or 3 Cancer. My plan If I am to get Released it to get a Job and take Care of my family. I Know this is Not The best Way To Submit a motion but understand That I am Sorry for my Crime; will make This my First and Last Time. Yes I have Some Infractions but please understand I'm Still working on being a better person. Thank you.

Application for compassionate release, pursuant to 18 U.S.C. Section 3582, is denied. First, Mr. Andrews has not established that he has exhausted, or even sought to exhaust, his administrative remedies. This is dispositive. Second, the Government informs the Court that Mr. Andrews refused to take the COVID vaccine. This also is dispositive. Mr. Andrews cannot on the one hand claim that he is fearful of contracting COVID and at the same time refuse a medical treatment that substantially reduces his risk of contracting COVID, and then claim that he should be released so he does not contract COVID. Unless he has some medical reason for not taking the vaccine, which he has not offered, his refusal to take the vaccine completely undermines his ability to establish that there are extraordinary and compelling reasons for his release.

So Ordered.

4/22/21

Michael Andrews #65550-054
FCI Fort Dix
P.O. Box 2000
Fort Dix, NJ 08640

TRENTON NJ 085
13 JAN 2021 PM 5 L

To: Hon. Kenneth M. Karas U.S.D.J
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

USM
WP
SDNY

10601-415099